IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN RE:
EXPIRED PASSPORTS

---

## ORDER TO FORWARD PASSPORT

---

IT IS HEREBY ORDERED that the Clerk of Court is directed to forward the following expired passports to the United States Department of State, Office of Research and Liaison, Attn: Vanessa Washington, 1111 19th Street, NW, Room 500, Washington, DC 20522:

| Defendant Name | Expiration Date | Case Number |
|---|---|---|
| BLANTON, Kelvin Bernard | 07/11/05 | 95-CR-367 |
| GONZALES, Nelson Vladimir | 05/02/01 | 01-CR-356 |
| IRWIN, Richard Roth | 09/05/05 | 98-CR-419 |
| KENNEDY, William Robert | 06/08/96 | 92-CR-227 |
| KILPATRICK, William Agee | 03/17/96 | 93-CR-299 |
| MARTINEZ, Mark Anthony | 06/11/03 | 94-CR-169 |
| MILYARD, Melissa Dawn | 01/16/06 | 02-CR-91 |
| MONTGOMERY, John Parker | 07/10/78 | 93-CR-86 |
| MURPHY, Douglas Mark | 06/01/05 | 99-CR-418 |
| NECHRONY, Matthew Frank | 05/30/04 | 96-CR-324 |

Dated at Denver, Colorado, this 20 day of October, 2007.

BY THE COURT:

Edward W Nottingham, Chief Judge